IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLIFFORD WRIGHT III,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, NICHOLAS YARPE, #2082; COLE JOHANNSEN, #2157; and TODD SCHMADERER,<br><br>               Defendants. | 8:22CV443<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on Plaintiff Clifford Wright III's ("Wright" or "Plaintiff") motion for leave to amend his pleading ("Motion to Amend"), Filing No. 88, and motion for leave to withdraw and strike certain previous filings ("Motion to Withdraw"), Filing No. 89, filed on June 13, 2025.[1] Essentially, as the Court understands it, Wright seeks to withdraw all his previous proposed amended pleadings and supplements thereto filed before June 10, 2025, as well as his original and amended complaints, Filing Nos. 1 and 44, so that he may proceed only on his proposed amended complaint submitted with his Motion to Amend, Filing No. 88 at 2–9.

On June 12, 2025, the Court denied Wright's previous motions to amend and supplement his complaint as premature because this matter is stayed and will remain stayed until after final disposition of Wright's criminal proceedings. Filing No. 87 at 8. Upon consideration, and for the same reasons as set forth in the Court's June 12, 2025, order, Wright's Motion to Amend is denied, and his Motion to Withdraw is denied as premature and moot.

---

[1] Shortly after filing his motions, Wright filed a Notice of Appeal, Filing No. 91, and motions for leave to proceed in forma pauperis, Filing Nos. 92 & 95. The Court will address these filings in a separate order.

IT IS THEREFORE ORDERED that: Wright's Motion to Amend, Filing No. 88, and Motion to Withdraw, Filing No. 89, are denied.

Dated this 27th day of June, 2025.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Judge

8:22-cv-00443-JFB-PRSE Doc # 97 Filed: 06/27/25 Page 2 of 2 - Page ID # 475