IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLIFFORD WRIGHT III,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, NICHOLAS YARPE, #2082; COLE JOHANNSEN, #2157; and TODD SCHMADERER,<br><br>               Defendants. | 8:22CV443<br><br>ORDER |

On July 2, 2025, Plaintiff filed a "Notice of Appeal Motion of Leave to Amend," Filing No. 101, and two supporting affidavits, Filing No. 102; Filing No. 103, that were apparently intended for the Eighth Circuit. His case is stayed and administratively closed in this Court and, as the Eighth Circuit has not issued its mandate, jurisdiction remains there. See *Carlson v. Hyundai Motor Co.*, 222 F.3d 1044, 1045 (8th Cir. 2000). Plaintiff should file any document intended for the Eighth Circuit Court of Appeals in that court. Accordingly,

IT IS ORDERED that: The Clerk of the Court is directed to terminate Filing No. 101 as a motion event and transmit copies of Filing No. 101, Filing No. 102, and Filing No. 103 and this order to the Clerk of Court for the U.S. Court of Appeals for the Eighth Circuit.

Dated this 14th day of July, 2025.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge