IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CLIFFORD WRIGHT III,

                    Plaintiff,

          vs.

CITY OF OMAHA, NICHOLAS YARPE, #2082; COLE JOHANNSEN, #2157; and TODD SCHMADERER,

                    Defendants.

**8:22CV443**


**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Clifford Wright III's ("Wright") on several motions asking to reopen this case, Filing No. 117 at 1, for leave to amend his pleadings, Filing No. 117 at 4, for the Court to take judicial notice and supplement the record, Filing No. 117 at 3; Filing No. 121 at 1, 5; Filing No. 122; Filing No. 130, and for disclosure of evidence, Filing No. 121 at 4. Upon consideration and for the reasons that follow, Wright's motions will be denied.

## I. MOTIONS TO REOPEN AND TO AMEND

In his motions to reopen and to amend, Wright asks that this case be reopened and that he be allowed to amend his complaint and strike all his previous complaints, requests to amend, supplements, and duplicative exhibits and correspondence. Filing No. 117 at 1, 4. As best the Court can tell, Wright submitted a proposed amended complaint in several separate filings. Filing No. 117 at 5–7; Filing No. 118; Filing No. 119; Filing No. 120; Filing No. 121 at 2–3, 6.

On June 12, 2025, the Court denied Wright's motion seeking reconsideration of the administrative closure and stay of this case, reaffirming its decision that this case

should remain stayed until Wright's criminal proceedings are finally concluded because Wright's Fourth Amendment claims raised in the present case are based on the same set of facts and circumstances which led to Wright's prosecution in his criminal case, 22CR253, and his violation of supervised release in 21CR67.[1] Filing No. 87 at 6. Also on June 12, 2025, and later on June 27, 2025, the Court denied Wright's previous motions to amend and supplement his complaint as premature because this matter is stayed and will remain stayed until after final disposition of Wright's criminal proceedings. Filing No. 87 at 8; Filing No. 97. Upon consideration, and for the same reasons as set forth in the Court's previous June 12 and June 27, 2025, orders, Wright's motions to reopen this case and to amend his pleadings are denied.

## II.  MOTIONS FOR JUDICIAL NOTICE AND DISCLOSURE OF EVIDENCE

Wright has filed requests asking the Court to take judicial notice and supplement the record with various filings, transcripts, and audio recordings from his criminal case, 22CR253, as well as case law and other information. Filing No. 117 at 3; Filing No. 121 at 1, 5; Filing No. 122; Filing No. 130. Wright also filed a "Motion of Disclosure" asking the Court for evidence related to the personnel records of certain defendants. Filing No. 121 at 4. As this case remains stayed, the Court will deny Wright's requests as premature.

IT IS THEREFORE ORDERED that:

1.      Wright's motions to reopen this case and for leave to amend his pleadings, Filing No. 117 at 1, 4, are denied for the reasons stated in the Court's previous orders at Filing No. 87 and Filing No. 97.

---

[1] Both 22CR253 and 21CR67 are currently pending on appeal as of the date of this order.

2.      Wright's motions for the Court to take judicial notice and supplement the record, Filing No. 117 at 3; Filing No. 121 at 1, 5; Filing No. 122; Filing No. 130, and for disclosure of evidence, Filing No. 121 at 4, are denied as premature.


Dated this 23rd day of April, 2026.


BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge