IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CLIFFORD WRIGHT III,

Plaintiff,

vs.

CITY OF OMAHA, NICHOLAS YARPE, #2082; COLE JOHANNSEN, #2157; and TODD SCHMADERER,

Defendants.

8:22CV443

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Clifford Wright III's ("Wright") motion for reconsideration, Filing No. 133, motion to reopen, Filing No. 134, and motion for leave to amend, Filing No. 135, to which he attached a proposed amended complaint. In essence, Wright asks the Court to reconsider its previous denial of his requests to reopen and to amend, *see* Filing No. 132, because his direct appeal in his criminal case, 22CR253, has been under advisement since April 24, 2026, and he expects a disposition of his appeal in the near future. Filing No. 133; Filing No. 134. As this Court has previously stated, the stay in this case "will remain in place until final resolution of Wright's criminal proceedings, *including any appeals and postconviction proceedings*." Filing No. 87 at 8 (emphasis added). Wright states that his direct appeal is still pending, and, depending on the outcome of his appeal, postconviction relief pursuant to a motion under 28 U.S.C. § 2255 may be available to him. As Wright's criminal proceedings have not yet finally concluded, the stay will remain in place in this case.

Accordingly, for the same reasons as set forth in the Court's previous orders, *see* Filing No. 87; Filing No. 97; Filing No. 132,

2

IT IS ORDERED that:

1.       Wright's motion for reconsideration, Filing No. 133, motion to reopen, Filing No. 134, and motion for leave to amend, Filing No. 135, are denied.

2.       Wright is encouraged to refrain from filing additional motions in this case until after his criminal proceedings, including any postconviction proceedings, have finally concluded.


Dated this 18th day of June, 2026.


BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge